# United States Bankruptcy Court

For The
Harrisonburg/Western Dist of Virginia

0514-3P-EPIE3P-00001629-11430

In Re: HERBERT WILLIAM, JR. & BARBARA LYNN DRUMHELLER  
5 MILL CREEK LANE  
STUARTS DRAFT, VA 24477  

Case No.: 502-00264-RWKS-13  
SS #1: XXX-XX-9689  
SS #2: XXX-XX-8888  

## Trustee's Final Report

Case Filed On: February, 20, 2002     Plan Confirmed On: June, 19, 2002

Plan Completed

Total funds received and disbursed pursuant to the plan: $ 32,874.27     Detail of Disbursements below:

| Claim Number | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | To be paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 798 | DAVID L. LEDBETTER, ESQ. | 966.00 | 966.00 | 966.00 | 966.00 | 0.00 |
| 799 | JEFFREY A. WARD, ESQ. | None | None | 0.00 | 0.00 | 0.00 |
|  | Total Admin. | 966.00 | 966.00 | 966.00 | 966.00 | 0.00 |
| 002 | COUNTY OF AUGUSTA | 1,740.20 | 1,387.52 | 1,387.52 | 1,387.52 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 1,709.01 | 1,709.01 | 1,709.01 | 1,709.01 | 0.00 |
|  | Total Priority | 3,449.21 | 3,096.53 | 3,096.53 | 3,096.53 | 0.00 |
| 999 | HERBERT WILLIAM, JR. & BA | 3,782.58 | 3,782.58 | 3,782.58 | 3,782.58 | 0.00 |
|  | Total Refund | 3,782.58 | 3,782.58 | 3,782.58 | 3,782.58 | 0.00 |
| 006 | OPTION ONE MORTGAGE CORP. | 4,590.74 | 4,590.74 | 4,590.74 | 4,590.74 | 0.00 |
| 014-S | CAPITAL ONE AUTO FINANCE | 7,724.88 | 7,724.88 | 7,724.88 | 7,724.88 | 0.00 |
|  | Total Secured | 12,315.62 | 12,315.62 | 12,315.62 | 12,315.62 | 0.00 |
|  | BLUE RIDGE RADIOLOGISTS | None | None | 0.00 | 0.00 | 0.00 |
|  | CARILION MEDICAL CENTER/P | None | None | 0.00 | 0.00 | 0.00 |
|  | BLUE RIDGE PATHOLOGISTS | None | None | 0.00 | 0.00 | 0.00 |
|  | MID-CENTURY INSURANCE EXC | None | None | 0.00 | 0.00 | 0.00 |
|  | TYCO ELECTRONICS | None | None | 0.00 | 0.00 | 0.00 |
|  | PARADISE GALLERIES | None | None | 0.00 | 0.00 | 0.00 |
|  | AUGUSTA MEDICAL CENTER | None | None | 0.00 | 0.00 | 0.00 |
|  | SPRINT PCS | None | None | 0.00 | 0.00 | 0.00 |
|  | MCI WORLD COM | None | None | 0.00 | 0.00 | 0.00 |
|  | CVS/PEOPLES DRUG | None | None | 0.00 | 0.00 | 0.00 |
|  | AUGUSTA EMERGENCY PHYSICI | None | None | 0.00 | 0.00 | 0.00 |
|  | RONALD D. FORESTER, M.D. | None | None | 0.00 | 0.00 | 0.00 |
|  | CITIBANK | None | None | 0.00 | 0.00 | 0.00 |
|  | PROVIDIAN BANK | None | None | 0.00 | 0.00 | 0.00 |
|  | STEVEN TOYOTA | None | None | 0.00 | 0.00 | 0.00 |
|  | TIME LIFE MUSIC | None | None | 0.00 | 0.00 | 0.00 |
|  | AUGUSTA MEDICAL CENTER | None | None | 0.00 | 0.00 | 0.00 |
|  | DR. SNOWDEN HALL | None | None | 0.00 | 0.00 | 0.00 |
|  | EMERGI CARE | None | None | 0.00 | 0.00 | 0.00 |
|  | BEST BANK | None | None | 0.00 | 0.00 | 0.00 |
|  | WAL-MART STORE #1344 | None | None | 0.00 | 0.00 | 0.00 |
|  | SHENANDOAH INTERNAL MEDIC | None | None | 0.00 | 0.00 | 0.00 |
|  | ABC DISTRIBUTING INC. | None | None | 0.00 | 0.00 | 0.00 |
|  | ORTHOPEDICS ASSOCIATES | None | None | 0.00 | 0.00 | 0.00 |
|  | AUGUSTA MEDICAL CENTER | None | None | 0.00 | 0.00 | 0.00 |
|  | CEDAR CREST ANIMAL HOSPIT | None | None | 0.00 | 0.00 | 0.00 |
|  | BGM MUSIC SERVICE | None | None | 0.00 | 0.00 | 0.00 |
|  | ANESTHESIA ASSOCIATES OF | None | None | 0.00 | 0.00 | 0.00 |
|  | HOUSE OF LLOYD | None | None | 0.00 | 0.00 | 0.00 |

0514-3P-EPIE3P-00001629-11430

# United States Bankruptcy Court

For The
Harrisonburg/Western Dist of Virginia

In Re: HERBERT WILLIAM, JR. & BARBARA LYNN DRUMHELLER  
5 MILL CREEK LANE  
STUARTS DRAFT, VA 24477

Case No.: 502-00264-RWKS-13  
SS #1: XXX-XX-9689  
SS #2: XXX-XX-8888

## Trustee's Final Report

Case Filed On: February, 20, 2002     Plan Confirmed On: June, 19, 2002

Plan Completed

Total funds received and disbursed pursuant to the plan:   $   32,874.27          Detail of Disbursements below:

| Claim Number | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | To be paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
|  | PROVIDIAN BANK | None | None | 0.00 | 0.00 | 0.00 |
|  | BLUE RIDGE CARDIOLOGY | None | None | 0.00 | 0.00 | 0.00 |
|  | MARTHA JEFFERSON HOSPITAL | None | None | 0.00 | 0.00 | 0.00 |
|  | HAMILTON COLLECTION | None | None | 0.00 | 0.00 | 0.00 |
| 001 | AUGUSTA COUNTY CIRCUIT CO | 569.50 | None | 0.00 | 0.00 | 0.00 |
| 002 | COUNTY OF AUGUSTA | 1,740.20 | None | 0.00 | 0.00 | 0.00 |
| 003 | VALLEY PASTORAL COUNSELIN | 50.00 | 50.00 | 50.00 | 33.52 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 435.75 | 435.75 | 435.75 | 239.33 | 0.00 |
| 005 | BLAIR | 101.40 | 101.40 | 101.40 | 62.33 | 0.00 |
| 007 | UNIVERSITY OF VIRGINIA HO | 147.37 | 147.37 | 147.37 | 88.30 | 0.00 |
| 008 | CROSS COUNTRY BANK | 1,823.36 | 1,823.36 | 1,823.36 | 970.14 | 0.00 |
| 009 | SHENANDOAH NATIONAL BANK | 751.59 | 751.59 | 751.59 | 399.90 | 0.00 |
| 010 | CREDIT ACCEPTANCE | 1,083.69 | 1,083.69 | 1,083.69 | 576.60 | 0.00 |
| 012 | AUGUSTA HEALTH CARE | 635.56 | 635.56 | 635.56 | 635.56 | 0.00 |
| 013 | F&S FINANCIAL MARKETING | 9,411.64 | 9,411.64 | 9,411.64 | 5,007.59 | 0.00 |
| 014-U | CAPITAL ONE AUTO FINANCE | 5,005.49 | 5,005.49 | 5,005.49 | 2,663.23 | 0.00 |
|  | Total Unsecured | 21,755.55 | 19,445.85 | 19,445.85 | 10,676.50 | 0.00 |
|  | Grand Totals: | 42,268.96 | 39,606.58 | 39,606.58 | 30,837.23 | 0.00 |

Total Paid Claimant:        30,837.23  
Trustee Allowances:          2,037.04  
Percent Paid Unsecured:       54.9037

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated: December 20, 2007

/s/ Herbert L. Beskin  
Herbert L. Beskin, Trustee

0514-3P-EPIE3P-00001629-28213

# United States Bankruptcy Court

Harrisonburg/Western Dist of Virginia

In Re:                                                                                                                 CASE NO: 502-00264-RWKS-13

HERBERT WILLIAM, JR. & BARBARA LYNN DRUMHELLER

### Certificate of Mailing

HERBERT WILLIAM, JR. & BARBARA LYNN DRUMHELLER
5 MILL CREEK LANE STUARTS DRAFT, VA 24477

JEFFREY A. WARD, ESQ.
FRANKLIN, DENNEY, WARD & LAWSON PO DRAWER 1140 WAYNESBORO, VA 22980

The undersigned certifies, under penalty of perjury, that a copy of the attached Final Report in the above-entitled case was mailed, in sealed envelopes, bearing first class postal indicia, or was electronically mailed, to the above.

Dated: December 20, 2007                                                                             /s/ Herbert L. Beskin

                                                                                                                 Herbert L. Beskin

Copy for:     Clerk, U.S. Bankruptcy Court
                   116 N. Main Street, Room 223
                   Harrisonburg, VA  22802